Gloria S. Lorts, et al., Administrator of Estate of Mark Gregory Lorts, Deceased, Lester C. Scott, Administrator of Estate of Eldon Kelly Scott, Deceased, Plaintiffs-Appellants, v. Loren McDonald, Defendant-Appellee.

Term No. 57–O–12.

Fourth District.

March 4, 1958.

Rehearing denied May 14, 1958.

Released for publication May 19, 1958.

James H. Parsons, Jr., for appellant; Green and Hoagland (Victor J. Mosele, and Robert E. Ryan, of counsel) for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.